CHAMBERS V. MORRIS.

*Ejectment.*
(Deicded May 20th, 1906. 42 South. 549.)
APPEAL from Henry Circuit Court.
Heard before Hon. H. A. PEARCE.

P. A. McDaniel, for appellant.
William C. Oates, for appellee.
Affirmed.
Opinion by Tyson, C. J.
Haralson, Simpson and Denson, JJ., concur.